46598, 46599. J. C. PENNEY COMPANY v. MALOUF COMPANY et al. (two cases).

QUILLIAN, Judge. On writ of certiorari the Supreme Court reversed our judgments in the instant appeals, *J. C. Penney Co. v. Malouf Co.,* 230 Ga. 140, and held that the third count of the third-party complaint stated a cause of action. Accordingly, in conformity with the Supreme Court opinion, the judgments must be reversed.

*Judgments reversed. Bell, C. J., and Evans, J., concur.*

DECIDED MARCH 7, 1973.

*Greene, Buckley, DeRieux & Jones, Burt DeRieux, Alfred B. Adams, III,* for appellant.
*Savell, Williams, Cox & Angel, Edward L. Savell, John A. Dunaway,* for appellees.